Robert BAYER, Appellant,

v.

SUNTRUP BUICK and Treasurer of Missouri as Custodian of Second Injury Fund, Respondents.

No. ED 97134.

Missouri Court of Appeals, Eastern District, Division Four.

March 20, 2012.

James J. Logan, Kirkwood, MO, for Appellant.

Chris Koster, Attorney General, Barbara L. Toepke, Assistant Attorney General, Jefferson City, MO, For Respondent Missouri State Treasurer.

Gregory T. Cook, Saint Louis, MO, For Respondent/Insurer.

Before PATRICIA L. COHEN, P.J., GLENN A. NORTON, J. and ROBERT M. CLAYTON III, J.

## ORDER

PER CURIAM.

Robert Bayer ("Claimant") appeals the decision of the Labor and Industrial Relations Commission affirming, as corrected, the award of the Administrative Law Judge denying Claimant's claim for permanent total disability benefits. We find that the facts found by the Commission support the award. Furthermore, the award is supported by sufficient competent and substantial evidence. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The decision of the Commission is affirmed under Rule 84.16(b).